**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 8, 2019 AT 2:00 P.M[2]
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6

## VOLUNTARY CHAPTER 11 PETITION

1. Voluntary Petition filed on February 6, 2019:

    a. Avadel Specialty Pharmaceuticals, LLC; Case No. 19-10248

## FIRST DAY DECLARATION

2. Declaration of Gregory J. Divis in Support of the Debtor's Chapter 11 Petition and Requests for First Day Relief [Docket No. 10, Filed February 6, 2019]

## FIRST DAY MOTIONS

3. Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing the Debtor to Pay (I) All Prepetition Employee Obligations and (II) Prepetition Withholding Obligations, and (B) Directing Banks to Honor Related Transfers [Docket No. 4, Filed February 6, 2019]

    Response(s) Received:  None.

    Related Documents:  None.

    Status: This matter is going forward on an interim basis.

4. Motion of the Debtor for Entry of an Order Authorizing (I) the Debtor to Pay Prepetition Franchise Taxes, Regulatory Fees and Governmental Rebates in the Ordinary Course of

---

[1] The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

    Business and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 5, Filed February 6, 2019]

        Response(s) Received:  None.

        Related Documents:  None.

    <u>Status</u>: This matter is going forward.

5.    Motion of the Debtor for Entry of Interim and Final Orders Authorizing (I) the Debtor to Pay Certain Prepetition Claims of Materialmen and Warehousemen in the Ordinary Course of Business and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 6, Filed February 6, 2019]

        Response(s) Received:  None.

        Related Documents:  None.

    <u>Status</u>: This matter is going forward on an interim basis.

6.    Motion for the Entry of Interim and Final Orders (I) Authorizing Unsecured Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c), and (III) Granting Related Relief [Docket No. 7, Filed February 6, 2019]

        Response(s) Received:  None.

        Related Documents:  None.

    <u>Status</u>: This matter is going forward on an interim basis.

7.    Application of the Debtor for Entry of an Order Authorizing Debtor to Employ and Retain Epiq Corporate Restructuring, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Local Rule 2002-1(f) [Docket No. 8, Filed February 6, 2019]

        Response(s) Received:  None.

        Related Documents:  None.

    <u>Status</u>: This matter is going forward.

8.    Motion to Debtor for Entry of Interim and Final Orders (I) Authorizing the Maintenance of its Existing Bank Account and Continued Use of its Existing Business Forms, (II) Waiving Certain Investment and Deposit Guidelines, and (III) Granting Related Relief [Docket No. 9, Filed February 6, 2019]

        Response(s) Received:  None.

Related Documents:  None.

<u>Status</u>: This matter is going forward on an interim basis.

| | |
|---|---|
| Dated: February 7, 2019 | GREENBERG TRAURIG, LLP |
| | |
| | <u>/s/ Dennis A. Meloro</u> |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | The Nemours Building |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 661-7000 |
| | Facsimile:  (302) 661-7360 |
| | Email: melorod@gtlaw.com |
| | |
| | -and- |
| | |
| | Paul J. Keenan Jr. (pro hac vice pending) |
| | John R. Dodd (pro hac vice pending) |
| | Reginald Sainvil (pro hac vice pending) |
| | Greenberg Traurig, P.A. |
| | 333 S.E. 2nd Avenue, Suite 4400 |
| | Miami, FL 33131 |
| | Telephone: (305) 579-0500 |
| | Facsimile:  (305) 579-0717 |
| | Email: keenanp@gtlaw.com |
| |       doddj@gtlaw.com |
| |       sainvilr@gtlaw.com |
| | |
| | -and- |
| | |
| | Sara A. Hoffman (pro hac vice pending) |
| | Greenberg Traurig, LLP |
| | The MetLife Building |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone:  (212) 801-9200 |
| | Facsimile:   (212) 801-6400 |
| | Email:  hoffmans@gtlaw.com |
| | |
| | Proposed Counsel for the Debtor |
| | and Debtor-in-Possession |