**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 10, 2019 AT 2:00 P.M.**
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6

**UNCONTESTED MATTER GOING FORWARD:**

1. Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures Relating to the Sale of Assets of the Debtor, (B) Establishing Procedures in Connection With the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice Procedures, and (D) Granting Related Relief; and (II)(A) Authorizing the Sale of Assets of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Final Purchase Agreement; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [Docket No. 26, Filed February 8, 2019]

    Response Deadline: April 8, 2019 at 4:00 p.m.

    Response(s) Received: None as of the filing of this agenda.

    Related Documents:

    A. Order (I)(A) Approving Bid Procedures Relating to the Sale of Assets of the Debtor, (B) Establishing Procedures in Connection With the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice Procedures, and (D) Granting Related Relief [Docket No. 100, Filed March 13, 2019]

    B. Notice of Filing of Form of Purchase Agreement [Docket No. 105, Filed March 14, 2019]

    C. Notice of Filing of Affidavit of Publication of the Notice of Bid

---

[1] The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

        Procedures, Auction Date and Sale Hearing in The New York Times [Docket No. 107, Filed March 18, 2019]

    D.    Notice of Successful Bidder and Backup Bidder in Connection With Sale of All or Certain of the Debtor's Assets [Docket No. 116, Filed April 8, 2019]

Status: This matter is going forward.

**CONTESTED MATTER GOING FORWARD:**

2.    Motion of Ferring Pharmaceuticals Inc., Ferring B.V. and Ferring International Center S.A. for Relief from the Automatic Stay and Related Relief [Docket No. 54, Filed February 15, 2019]

    Response Deadline: March 1, 2019 at 4:00 p.m.

    Response(s) Received:

    A.    Objection to Motion of Ferring Pharmaceuticals Inc., Ferring B.V. and Ferring International Center S.A. for Relief from the Automatic Stay and Related Relief [Docket No. 65, Filed March 1, 2019]

    Related Documents: None.

    Status: This matter is going forward.

Dated: April 8, 2019

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Paul J. Keenan Jr. (admitted pro hac vice)
John R. Dodd (admitted pro hac vice)
Reginald Sainvil (admitted pro hac vice)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: keenanp@gtlaw.com
      doddj@gtlaw.com
      sainvilr@gtlaw.com

-and-

Sara A. Hoffman (admitted pro hac vice)
Greenberg Traurig, LLP
The MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  hoffmans@gtlaw.com

Counsel for the Debtor
and Debtor-in-Possession