# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 18, 2019 AT 3:00 P.M.
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6

**CONTESTED MATTER GOING FORWARD:**

1. Serenity Pharmaceuticals LLC's Emergency Motion for Stay Pending Appeal [Docket No. 145, Filed April 15, 2019]

    Response Deadline: At the hearing.

    Response(s) Received: None at this time.

    Related Documents:

    A. Order (I) Authorizing The Sale Of Assets Of The Debtor Free And Clear Of All Liens, Claims, Encumbrances And Interests; (II) Approving The Final Asset Purchase Agreement; (III) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief [Docket No. 144, Filed April 15, 2019]

    B. Order Shortening Notice Periods with Respect to Serenity Pharmaceuticals LLC's Emergency Motion for Stay Pending Appeal [Docket No. 148, Filed April 16, 2019]

    Status: The Debtor intends to file an objection prior to the hearing. This matter is going forward.

Dated: April 17, 2019

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200

---

[1] The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Paul J. Keenan Jr. (admitted pro hac vice)
John R. Dodd (admitted pro hac vice)
Reginald Sainvil (admitted pro hac vice)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: keenanp@gtlaw.com
      doddj@gtlaw.com
      sainvilr@gtlaw.com

-and-

Sara A. Hoffman (admitted pro hac vice)
Greenberg Traurig, LLP
The MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  hoffmans@gtlaw.com

Counsel for the Debtor
and Debtor-in-Possession