**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 28, 2019 AT 11:00 A.M.
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6

**UNCONTESTED MATTER UNDER CNO:**

1. Debtor's Motion for Entry of an Order Enlarging the Time Within Which to File Notices of Removal [Docket No. 170, Filed May 8, 2019]

    Response Deadline: May 22, 2019 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

    A. Certificate of No Objection [Docket No. 189, Filed May 28, 2019]

    Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

**APPROVAL OF FEE APPLICATIONS:**

2. Interim and Final Approval of Fee Applications of Estate-Compensated Professionals

    Response Deadline:   Cassel Salpeter (First and Final): May 30, 2019 at 4:00 p.m.

    Greenberg Traurig (Interim): June 19, 2019 at 4:00 p.m.

    MCA Financial (Interim): June 24, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

---

[1] The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

      A. See <u>Exhibit A</u>, attached hereto.

<u>Status</u>: A binder containing the fee applications listed on <u>Exhibit A</u> [2] was submitted to the Court on June 21, 2019. Certificates of no objection have been filed with respect to each of the applications. No hearing is necessary unless the Court has questions.

Dated: June 26, 2019

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

  -and-

Paul J. Keenan Jr. (admitted pro hac vice)
John R. Dodd (admitted pro hac vice)
Reginald Sainvil (admitted pro hac vice)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: keenanp@gtlaw.com
      doddj@gtlaw.com
      sainvilr@gtlaw.com

  -and-

Sara A. Hoffman (admitted pro hac vice)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: hoffmans@gtlaw.com

Counsel for the Debtor
and Debtor-in-Possession

---

[2] The Certificate of No Objection with respect to the MCA Financial First Interim Fee Application [Docket No. 213] was filed on June 25, 2019 and is being included with this agenda.

**EXHIBIT A**
**INDEX OF FEE APPLICATIONS FOR FEE HEARING**

A. First and Final Fee Application of Cassel Salpeter & Co., LLC, Debtor's Investment Banker, for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period February 6, 2019 Through April 30, 2019 [Docket No. 173, Filed May 10, 2019]

   1. Certificate of No Objection [Docket No. 198, Filed June 5, 2019]

B. First Interim Application of Greenberg Traurig, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period February 6, 2019 Through April 30, 2019 [Docket No. 193, Filed May 30, 2019]

   1. First Monthly Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period February 6, 2019 Through and Including February 28, 2019 [Docket No. 167, Filed April 30, 2019]

   2. Certificate of No Objection - No Order Required [Docket No. 182, Filed May 22, 2019]

   3. Second Monthly Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period March 1, 2019 Through and Including March 31, 2019 [Docket No. 168, Filed April 30, 2019]

   4. Certificate of No Objection - No Order Required [Docket No. 183, Filed May 22, 2019]

   5. Third Monthly Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period April 1, 2019 Through and Including April 30, 2019 [Docket No. 181, Filed May 17, 2019]

   6. Certificate of No Objection - No Order Required [Docket No. 202, Filed June 8, 2019]

   7. Certificate of No Objection Regarding First Interim Application of Greenberg Traurig, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period February 6, 2019 Through April 30, 2019  [Docket No. 212, Filed June 21, 2019]

C. First Interim Fee Application of MCA Financial Group for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor and Debtor-in-Possession for the Period From February 6, 2019 Through April 30, 2019 [Docket No. 197, Filed June 4, 2019]

   1. First Monthly Fee Application of MCA Financial Group, Ltd. For Compensation and

Reimbursement of Expenses as Financial Advisor to the Debtor for the Period From February 6, 2019 Through and Including February 28, 2019 [Docket No. 115, Filed April 4, 2019]

2. Certificate of No Objection - No Order Required [Docket No. 185, Filed May 23, 2019]

3. Second Monthly Fee Application of MCA Financial Group, Ltd. For Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period From March 1, 2019 Through and Including March 31, 2019 [Docket No. 166, Filed April 24, 2019]

4. Certificate of No Objection - No Order Required [Docket No. 186, Filed May 23, 2019

5. Third Monthly Fee Application of MCA Financial Group, Ltd. For Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period From April 1, 2019 Through and Including April 30, 2019 [Docket No. 171, Filed May 9, 2019]

6. Certificate of No Objection - No Order Required [Docket No. 194, Filed May 30, 2019]

7. Certificate of No Objection Regarding First Interim Fee Application of MCA Financial Group for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor and Debtor-in-Possession for the Period From February 6, 2019 Through April 30, 2019 [Docket No. 213, Filed June 25, 2019]