**UNITED STATES BANKRUPTCY COURT**
**_____ DISTRICT OF DELAWARE _____**

In re **Avadel Specialty Pharmaceuticals, LLC**      Case No. **19-10248 (CSS)**
                                                    Reporting Period: **May 2019**

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | N/A | See **FN1** below. | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | X | Attached | |
|    Cash disbursements journals | | X | Attached | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | N/A | None | |
|    Copies of tax returns filed during reporting period | | N/A | None | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

**FN1** - All bank account activity reconciles to May 31, 2019 bank statement. See bank statement attached at end of Report.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____      _____
Signature of Debtor                                Date

_____      _____
Signature of Joint Debtor                          Date

**/s/ Mike Kanan**                                 **1-Jul-19**
Signature of Authorized Individual*                Date

**Mike Kanan**                                     **Treasurer**
Printed Name of Authorized Individual              Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

| In re **Avadel Specialty Pharmaceuticals, LLC** | **Case No. 19-10248 (CSS)** |
|---|---|
| Debtor | Reporting Period: **May 2019** |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | Commerce Bank | | | | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| | #3907 | | | | | | | |
| **CASH BEGINNING OF MONTH** | 22,176.58 | | | | 22,176.58 | 118.00 | 371,840.43 | 410,000.00 |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 0.00 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | 149,642.05 | | | | 149,642.05 | 0.00 | 1,041,459.34 | 0.00 |
| LOANS AND ADVANCES (DIP Financing) | 0.00 | | | | 0.00 | 0.00 | 407,000.00 | 1,799,000.00 |
| SALE OF ASSETS* | 250,000.00 | | | | 250,000.00 | 0.00 | 250,000.00 | 0.00 |
| OTHER / DEPOSIT RETURNS | 534,680.95 | | | | 534,680.95 | 0.00 | 535,430.95 | 900,168.00 |
| | | | | | | | | |
| **TOTAL RECEIPTS** | 934,323.00 | | | | 934,323.00 | 0.00 | 2,233,890.29 | 2,699,168.00 |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 75,172.96 | | | | 75,172.96 | 0.00 | 741,213.97 | 1,339,500.00 |
| PAYROLL TAXES | 48,053.06 | | | | 48,053.06 | included above | 405,538.86 | included above |
| SALES, USE, & OTHER TAXES | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| EMPLOYEE EXPENSE REIMBURSEMENT | 9,856.43 | | | | 9,856.43 | 0.00 | 50,106.24 | 124,550.00 |
| GENERAL & ADMINISTRATIVE | 18,329.85 | | | | 18,329.85 | 0.00 | 531,718.04 | 852,000.00 |
| INSURANCE | 0.00 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| SELLING | 0.00 | | | | 0.00 | 0.00 | 0.00 | 81,000.00 |
| OTHER | 0.00 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | |
| PROFESSIONAL FEES | 33,898.04 | | | | 33,898.04 | 0.00 | 95,366.17 | 677,000.00 |
| U.S. TRUSTEE QUARTERLY FEES | - | | | | 0.00 | 0.00 | 10,598.20 | 35,000.00 |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 185,310.34 | | | | 185,310.34 | 0.00 | 1,834,541.48 | 3,109,050.00 |

FORM MOR-1
(04/07)

In re **Avadel Specialty Pharmaceuticals, LLC**
Debtor

**Case No. 19-10248 (CSS)**
Reporting Period: **May 2019**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET CASH FLOW | 749,012.66 | | | 749,012.66 | 0.00 | 399,348.81 | -409,882.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| **CASH - END OF MONTH** | 771,189.24 | | | 771,189.24 | 118.00 | 771,189.24 | 118.00 |

**HE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | | 185,310.34 | 0.00 | 1,834,541.48 | 3,109,050.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | | | 185,310.34 | 0.00 | 1,834,541.48 | 3,109,050.00 |

**\*** In accordance with the court-approved Sale Order entered April 15, 2019, the majority of the Debtor's assets were sold to Roivant Sciences GmbH on April 26, 2019. Sale proceeds of $250,000 were paid to an escrow account held by the attorney for the Debtor on the sale date, and were subsequently transferred to Debtor on May 1, 2019.

In re **Avadel Specialty Pharmaceuticals, LLC**  
Debtor

**Case No. 19-10248 (CSS)**  
Reporting Period: **May 2019**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Epiq Corporate Restructuring | Feb 6 - Feb 28, 2019 March 2019 | $ 44,636.10 | Avadel Specialty Pharmaceuticals, LLC | Wire | 4/30/2019 | $ 33,880.15 | $ 10,755.95 | $ 33,880.15 | $ 10,755.95 |
| MCA Financial Group, Ltd. | Feb 6 - Feb 28, 2019 | $ 16,832.03 | Avadel Specialty Pharmaceuticals, LLC | Wire | 4/30/2019 | $ 16,058.40 | $ 773.63 | $ 16,058.40 | $ 773.63 |
| Cassel Salpeter & Co., LLC | February - April | $ - | Avadel Specialty Pharmaceuticals, LLC | Wire | 5/9/2019 | $ 12,500.00 | $ 6,096.97 | $ 12,500.00 | $ 6,096.97 |
| MCA Financial Group, Ltd. | Mar-19 | $ - | Avadel Specialty Pharmaceuticals, LLC | Wire | 5/9/2019 | $ 4,014.60 | $ - | $ 20,073.00 | $ 773.63 |
| MCA Financial Group, Ltd. | Mar-19 | $ 15,301.07 | Avadel Specialty Pharmaceuticals, LLC | Wire | 5/14/2019 | $ 10,571.40 | $ 715.07 | $ 30,644.40 | $ 1,488.70 |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |

| In re **Avadel Specialty Pharmaceuticals, LLC** | | | | | | Case No. **19-10248 (CSS)** | |
|---|---|---|---|---|---|---|---|
| Debtor | | | | | | Reporting Period: **May 2019** | |

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Feb 6 - 28, 2019 | Mar-19 | Apr-19 | May-19 | Cumulative Filing to Date |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| Gross product sales | $ 340,540.00 | $ 357,000.00 | $ 224,400.00 | $ - | $ 921,940.00 |
| Chargebacks, Returns and other adjustments | -411,357.39 | -210,612.05 | -124,008.54 | 0.00 | -745,977.98 |
| Coupons/ copay income (costs) | 243,924.93 | -6,213.66 | -2,080.12 | 0.00 | 235,631.15 |
| **Net product sales** | $ 173,107.54 | $ 140,174.29 | $ 98,311.34 | $ - | $ 411,593.17 |
| | | | | | |
| **Costs of Goods Sold** | | | | | |
| CMO and 3PL cost of sales | $ 29,663.82 | $ 64,532.96 | $ 16,330.27 | $ 10,103.47 | $ 120,630.52 |
| Royalty expense | 73,075.07 | 39,809.12 | 27,360.33 | 0.00 | 140,244.52 |
| Shipping and other costs of sales | 569.19 | 2,001.14 | 595.88 | 700.32 | 3,866.53 |
| **Total Costs of Product Sales** | $ 103,308.08 | $ 106,343.22 | $ 44,286.48 | $ 10,803.79 | $ 264,741.57 |
| | | | | | |
| **Gross Profit** | $ 69,799.46 | $ 33,831.07 | $ 54,024.86 | $ (10,803.79) | $ 146,851.60 |
| | | | | | |
| **Other Operating Expenses** | | | | | |
| Employee salaries, payroll taxes and benefits | $ 270,378.93 | $ 2,346.57 | $ 88,174.66 | $ - | $ 360,900.16 |
| Outsourced contract services | 122,496.73 | 18,021.97 | -22,230.85 | 0.00 | 118,287.85 |
| Stability testing and other product costs | 48,457.21 | -12,819.02 | 4,929.30 | 0.00 | 40,567.49 |
| FDA program, regulatory and other licensing fees | 53,584.50 | 51,702.50 | 51,652.50 | 265,371.39 | 422,310.89 |
| Marketing, advertising and other promotion | 164,777.31 | 166,500.36 | 16,433.08 | 30,940.00 | 378,650.75 |
| Advisory and non-Chp 11 services | 6,307.83 | 5,833.33 | 5,833.33 | 43,666.69 | 61,641.18 |
| Trade shows, exhibits and product samples | 154,814.55 | 77,114.29 | 13,440.04 | -1,755.88 | 243,613.00 |
| Sales meetings, travel and entertainment | 83,129.68 | 27,990.55 | 3,716.68 | -481.44 | 114,355.47 |
| Sofware licensing and database subscriptions | 140,312.68 | 138,661.78 | 25,340.84 | 13,201.20 | 317,516.50 |
| Telecom, internet and other utilities | 3,282.43 | 2,212.37 | 1,285.00 | 791.81 | 7,571.61 |
| Postage office supplies and other expenses | 13,026.57 | 12,199.26 | 9,094.23 | 608.56 | 34,928.62 |
| **Total Operating Expenses** | $ 1,060,568.42 | $ 489,763.96 | $ 197,668.81 | $ 352,342.33 | $ 2,100,343.52 |
| **Net Ordinary (Loss) Income** | -990,768.96 | -455,932.89 | -143,643.95 | -363,146.12 | -1,953,491.92 |
| **Other Expenses and Reorganization Costs** | | | | | |
| Employee severances and accrued termination costs | -697,687.16 | 90,397.96 | -26,603.83 | -1,674.83 | -635,567.86 |
| Outsourced contract services sales severance | -797,674.80 | 0.00 | 0.00 | 0.00 | -797,674.80 |
| Other vendor termination costs | 0.00 | 0.00 | 0.00 | -105,313.89 | -105,313.89 |
| Chp 11 Professional fees | -149,045.32 | -238,197.57 | -334,094.25 | -55,976.21 | -777,313.35 |
| US Trustee fees | 0.00 | 0.00 | -10,598.20 | 0.00 | -10,598.20 |
| Loss on Sale of Assets* | 0.00 | 0.00 | -4,845,856.73 | 0.00 | -4,845,856.73 |
| **Total Other Expense and Reorganization Costs** | $ (1,644,407.28) | $ (147,799.61) | $ (5,217,153.01) | $ (162,964.93) | $ (7,172,324.83) |
| **Net Other (Loss) Income** | $ (1,644,407.28) | $ (147,799.61) | $ (5,217,153.01) | $ (162,964.93) | $ (7,172,324.83) |
| | | | | | |
| **Net (Loss) Income** | $ (2,635,176.24) | $ (603,732.50) | $ (5,360,796.96) | $ (526,111.05) | $ (9,125,816.75) |

* In accordance with the court-approved Sale Order entered April 15, 2019, the majority of the Debtor's assets were sold to Roivant Sciences GmbH on April 26, 2019. The loss from sale of assets represents sale proceeds of $250,000, less the write off of inventory cost carried.

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE** |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 771,189.24 | 371,840.43 |
| Restricted Cash and Cash Equivalents | 0.00 | 0.00 |
| Accounts Receivable (Net) | 275,164.01 | 674,872.12 |
| Notes Receivable | 0.00 | 0.00 |
| Inventories | 0.00 | 4,823,902.40 |
| Prepaid Expenses | 0.00 | 810,583.91 |
| Professional Fee Retainers | 163,526.50 | 163,526.50 |
| Other Current Assets (*Other Receivables*) | 1,733,155.00 | 1,959,781.74 |
| *TOTAL CURRENT ASSETS* | 2,943,034.75 | 8,804,507.10 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0.00 | 0.00 |
| Machinery and Equipment | 0.00 | 0.00 |
| Furniture, Fixtures and Office Equipment | 0.00 | 0.00 |
| Leasehold Improvements | 0.00 | 0.00 |
| Vehicles | 0.00 | 0.00 |
| Less Accumulated Depreciation | 0.00 | 0.00 |
| *TOTAL PROPERTY & EQUIPMENT* | **0.00** | **0.00** |
| **OTHER ASSETS** | | |
| Loans to Insiders* (*Related non-Debtor entities*) | 7,635,734.42 | 7,635,734.42 |
| Other Assets (*Deposits*) | 553,460.64 | 4,525,750.00 |
| *TOTAL OTHER ASSETS* | 8,189,195.06 | 12,161,484.42 |
| | | |
| **TOTAL ASSETS** | **11,132,229.81** | **20,965,991.52** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 429,402.24 | 0.00 |
| Taxes Payable (refer to FORM MOR-4) | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 |
| Accrued Chp 11 Professional fees | 673,920.22 | 0.00 |
| Customer Related Accruals | 231,320.90 | 0.00 |
| Accrued Employee Termination Costs | 5,698.08 | 0.00 |
| Other Accrued Expenses | 192,849.93 | 0.00 |
| Amounts Due to Insiders* (*Related non-Debtor entities*) | 786,985.88 | 0.00 |
| Debtor-in-Possession Loan Payable | 407,000.00 | 0.00 |
| *TOTAL POSTPETITION LIABILITIES* | 2,727,177.25 | 0.00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 0.00 | 0.00 |
| Priority Debt ** | 0.00 | 126,312.84 |
| Unsecured Debt *** | 169,968,973.92 | 172,891,580.80 |
| *TOTAL PRE-PETITION LIABILITIES* | 169,968,973.92 | 173,017,893.64 |
| | | |
| *TOTAL LIABILITIES* | **172,696,151.17** | **173,017,893.64** |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | -152,438,104.61 | -152,051,902.12 |
| Retained Earnings - Postpetition | -9,125,816.75 | 0.00 |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | -161,563,921.36 | -152,051,902.12 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **11,132,229.81** | **20,965,991.52** |

*"Insider" is defined in 11 U.S.C. Section 101(31).                                                        0.00                    0.00

** Prepetition debt decreased due to employee accrued PTO being paid out to terminated employees, in accordance with approved wage order.

*** Amount varies from original statements and schedules amount filed due to additional invoices and subsequent adjustments to accounts payable, Insider notes payable, and accrued expenses. Amended Schedule F was filed in May 2019.

In re **Avadel Specialty Pharmaceuticals, LLC**  
        Debtor

**Case No. 19-10248 (CSS)**  
Reporting Period: **May 2019**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other:_____ | 0 | 0 | 0 | 0 | 0 | 0 |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property & Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 35,596.49 | 0.00 | 393,805.75 | 0.00 | 0.00 | 429,402.24 |
| Taxes Payable (Wage related) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 89,351.10 | 239,247.17 | 121,116.85 | 224,205.10 | 0.00 | 673,920.22 |
| Customer Related Accruals | 0.00 | 9,122.08 | 222,198.82 | 0.00 | 0.00 | 231,320.90 |
| Accrued Employee Termination Costs | 5,698.08 | 0.00 | 0.00 | 0.00 | 0.00 | 5,698.08 |
| Other Accrued Expenses | 164,919.90 | 0.00 | 27,360.33 | 569.70 | 0.00 | 192,849.93 |
| Amounts Due to Insiders* | 53,899.84 | 72,376.83 | 311,373.02 | 349,336.19 | 0.00 | 786,985.88 |
| DIP Loan Payable | 0.00 | 0.00 | 122,000.00 | 285,000.00 | 0.00 | 407,000.00 |
| **Total Postpetition Debts** | 349,465.41 | 320,746.08 | 1,197,854.77 | 859,110.99 | 0.00 | 2,727,177.25 |
| | | | | | | 0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re **Avadel Specialty Pharmaceuticals, LLC**       **Case No. 19-10248 (CSS)**
Debtor      Reporting Period: **April 2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 413,484.35 |
| + Amounts billed during the period | 0.00 |
| Discounts, chargebacks, returns and other adjustments | 11,321.71 |
| - Amounts collected during the period | -149,642.05 |
| Total Accounts Receivable at the end of the reporting period | $ 275,164.01 |
| | 0.00 |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | $ 116,113.73 |
| 31 - 60 days old | 62,711.44 |
| 61 - 90 days old | 70,783.50 |
| 91+ days old | 25,555.34 |
| Total Accounts Receivable | 275,164.01 |
| Amount considered uncollectible (Bad Debt) | 0.00 |
| Accounts Receivable (Net) | $ 275,164.01 |
| | 0.00 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

**Avadel Specialty Pharmaceuticals, LLC**
**Case No.19-10248 (CSS)**
**Cash Disbursement Detail**
**Commerce Bank Account #3907**

| Date | Num | Payee | Amount | Disbursement Type | |
|---|---|---|---:|---|---:|
| 05/15/2019 | ACH | Paylocity Corp | $ 65,502.86 | Payroll | |
| 05/15/2019 | ACH | Paylocity Corp | 139.20 | Payroll fees | |
| 05/15/2019 | 10016 | Manual payroll check | 4,933.45 | Payroll | |
| 05/21/2019 | ACH | Paylocity Corp | 4,515.50 | Payroll | |
| 05/21/2019 | ACH | Paylocity Corp | 81.95 | Payroll fees | $ 75,172.96 |
| | | | | | |
| 05/15/2019 | ACH | Paylocity Corp | 44,563.39 | Payroll taxes | |
| 05/21/2019 | ACH | Paylocity Corp | 3,489.67 | Payroll taxes | 48,053.06 |
| | | | | | |
| 05/01/2019 | ACH | Bambora | 2,029.51 | Employee Exp Reimb | |
| 05/09/2019 | ACH | Bambora | 7,812.95 | Employee Exp Reimb | |
| 05/15/2019 | ACH | Bambora | 13.97 | Employee Exp Reimb | 9,856.43 |
| | | | | | |
| 05/09/2019 | 3782 | One Source Communication | 916.99 | General & administrative | |
| 05/15/2019 | 3783 | One Source Communication | 866.81 | General & administrative | |
| 05/15/2019 | 3784 | Repco | 616.00 | General & administrative | |
| 05/21/2019 | 3785 | The Hibbert Group | 5,058.54 | General & administrative | |
| 05/31/2019 | 3786 | Eversana Life Science Services, LLC | 10,372.34 | General & administrative | |
| 05/31/2019 | 3787 | Indiana Medicaid Drug Rebates | 95.97 | General & administrative | |
| 05/31/2019 | 3788 | Treasurer State of Maine | 109.40 | General & administrative | |
| 05/31/2019 | 3789 | Catalent Pharma Solutions | 75.00 | General & administrative | |
| 05/31/2019 | 3790 | VOID | - | General & administrative | |
| 05/31/2019 | 3791 | VOID | - | General & administrative | |
| 05/31/2019 | 3792 | State of New Jersey DMAHS FX-MCO | 218.80 | General & administrative | 18,329.85 |
| | | | | | |
| 05/09/2019 | Wire | Cassel Salpeter & Co., LLC | 18,596.97 | Professional fees | |
| 05/09/2019 | Wire | MCA Financial Group, Ltd. | 4,014.60 | Professional fees | |
| 05/14/2019 | WIre | MCA Financial Group, Ltd. | 11,286.47 | Professional fees | 33,898.04 |

**Total Disbursements**  $ 185,310.34



**Commerce Bank**
Member FDIC

8000 Forsyth Blvd
Clayton MO 63105-1707

Avadel Specialty Pharmaceuticals LLC
16640 Chesterfield Grove Rd Ste 200
Chesterfield MO 63005-1410

## Bank Statement

| | |
|---|---|
| **Primary Account Number:** | **xxxxx3907** |
| *If you have questions about your statement, please call us at 800-453-BANK.* | |
| **Statement Date:** | May 31, 2019 |
| **Page Number:** | 1 of 3 |

**ANALYZED CHECKING**  Account # xxxxx3907

**Account Summary**  Account # xxxxx3907

| | |
|---|---:|
| Beginning Balance on April 30, 2019 | $ 181,749.07 |
| Deposits & Other Credits | + 1,130,894.99 |
| Withdrawals & Other Debits | - 358,619.03 |
| Checks Paid | - 159,738.91 |
| Ending Balance on May 31, 2019 | **$ 794,286.12** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Daily Balance Summary**  Account # xxxxx3907

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05-01 | 429,719.57 | 05-09 | 658,298.09 | 05-22 | 753,977.48 |
| 05-02 | 397,289.44 | 05-10 | 688,286.09 | 05-23 | 762,051.43 |
| 05-03 | 286,551.68 | 05-14 | 708,278.09 | 05-28 | 756,992.89 |
| 05-06 | 661,299.05 | 05-15 | 763,547.41 | 05-31 | 794,286.12 |
| 05-08 | 688,722.61 | 05-21 | 754,926.24 | | |

**Deposits & Other Credits**  Account # xxxxx3907

| Description | | Date Credited | Amount |
|---|---|---:|---:|
| Wire Fed #25190 CB Seq 004165 | Greenberg Traurig Et AL Atty | 05-01 | 250,000.00 |
| Rx_net_sol 042000013929047 Relay Health | Ref Nbr:  9120002695248 | 05-01 | 0.01 |
| Lockbox Deposit | 800078 Ref:  520609255 | 05-02 | 8,801.10 |
| Deposit | Ref Nbr:  510173851 | 05-06 | 375,058.95 |
| Lockbox Deposit | 800078 Ref:  520711305 | 05-08 | 27,423.56 |
| Lockbox Deposit | 800078 Ref:  520734795 | 05-10 | 29,988.00 |
| Lockbox Deposit | 800078 Ref:  520781687 | 05-14 | 19,992.00 |
| Rx_net_sol 042000019223141 Relay Health | Ref Nbr:  9134009706619 | 05-15 | 79,811.00 |

**Page Number:** 2 of 3

**Deposits & Other Credits**  Account # xxxxx3907 (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---:|
| Rx_net_sol<br>042000019223143 Relay Health | Ref Nbr:   9134009706621 | 05-15 | 79,811.00 |
| Lockbox Deposit | 800078 Ref:    520802726 | 05-15 | 18,070.20 |
| Lockbox Deposit | 800078 Ref:    520929041 | 05-23 | 8,073.95 |
| Wire Fed #24404 CB Seq 005906 | Wf Exc Rtn to Sndr 721 Wip | 05-31 | 196,571.99 |
| Lockbox Deposit | 800078 Ref:    520032402 | 05-31 | 37,293.23 |

**Total Deposits & Other Credits** $1,130,894.99

**Withdrawals & Other Debits**  Account # xxxxx3907

| Description | | Date Paid | Amount |
|---|---|---|---:|
| Bf10000004 Bambora<br>Trace No: 091000015216944 | Ref Nbr:   9120002687997 | 05-01 | 2,029.51 |
| Wire Fed #00684 CB Seq 003795 | Cassel Salpeter & Co., LLC | 05-09 | 18,596.97 |
| Wire Fed #00685 CB Seq 003796 | McA Financial Group, Ltd | 05-09 | 4,014.60 |
| Bf10000005 Bambora<br>Trace No: 091000012380702 | Ref Nbr:   9128006771716 | 05-09 | 7,812.95 |
| Wire Fed #00831 CB Seq 004633 | McA Financial Group, Ltd. | 05-15 | 11,286.47 |
| Dir Dep    43853<br>011500124529741 43853 Avadel S | Ref Nbr:   9134009311610 | 05-15 | 65,502.86 |
| Tax Col<br>111000026228404 Paylocity Corp | Ref Nbr:   9134009270718 | 05-15 | 44,563.39 |
| Billing    43853<br>011002724833321 43853 Avadel S | Ref Nbr:   9134009734107 | 05-15 | 139.20 |
| Bf10000006 Bambora<br>Trace No: 091000014509029 | Ref Nbr:   9134009860129 | 05-15 | 13.97 |
| Dir Dep    43853<br>011500127669833 43853 Avadel S | Ref Nbr:   9140002753828 | 05-21 | 4,515.50 |
| Tax Col<br>111000020675720 Paylocity Corp | Ref Nbr:   9140002809218 | 05-21 | 3,489.67 |
| Billing    43853<br>011002725339377 43853 Avadel S | Ref Nbr:   9141003177082 | 05-22 | 81.95 |
| Wire Fed #00920 CB Seq 005226 | Greenberg Traurig Depository A | 05-31 | 196,571.99 |

**Total Withdrawals & Other Debits** $358,619.03

**Checks Paid**  Account # xxxxx3907

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---:|---|---|---|---:|---|
| 05-02 | 3778 | 41,231.23 | 540518477 | 05-03 | 3781 | 110,737.76 | 540599396 |
| 05-06 | 3780* | 311.58 | 540680420 | 05-15 | 3782 | 916.99 | 540451868 |

**Commerce Bank**
Member FDIC

8000 Forsyth Blvd
Clayton MO 63105-1707

Avadel Specialty Pharmaceuticals LLC

| | |
|---|---:|
| **Primary Account Number:** | xxxxx3907 |
| **Statement Date:** | May  31, 2019 |
| **Page Number:** | 3 of 3 |

**Checks Paid**  Account # xxxxx3907 (Cont.)

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 05-22 | 3783 | 866.81 | 540905950 | 05-28 | 3785 | 5,058.54 | 540188474 |
| 05-21 | 3784 | 616.00 | 540763269 | | | | |

*  -  *Indicates a skip in sequential check numbers.*

**Total Checks Paid** $159,738.91

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees…………………………………………………………………… | $0.00 | $0.00 |
| Total Returned Items Fees…………………………………………………………… | $0.00 | $0.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at the address or phone number listed on page one of this statement.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will  be considered dormant and assessed a $8 monthly fee.  Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204