**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 19, 2019 AT 10:00 A.M.
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6

**STATUS CONFERENCE GOING FORWARD:**

1. Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures.  [Docket No. 204, Filed June 10, 2019]

    Response Deadline: June 25, 2019 at 4:00 p.m. (extended for the U.S. Trustee)

    Response(s) Received:

    A. United States Trustee's Objection to Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 227, Filed July 16, 2019]

    Related Documents:

    A. Debtor's Proposed Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 203, Filed June 10, 2019]

---

[1] The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

Status: This matter is going forward as a status conference.

**APPROVAL OF FEE APPLICATIONS:**

2.   Interim Fee Applications of Estate-Compensated Professionals

    Response Deadline:   Greenberg Traurig (Interim): October 24, 2019 at 4:00 p.m.

        MCA Financial (Interim): October 30, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.   See Exhibit A, attached hereto.

Status: A binder containing the fee applications listed on Exhibit A was submitted to the Court on November 12, 2019. Certificates of no objection have been filed with respect to each of the applications. No hearing is necessary unless the Court has questions.

Dated: November 15, 2019
        GREENBERG TRAURIG, LLP

        /s/ Dennis A. Meloro
        Dennis A. Meloro (DE Bar No. 4435)
        1007 North Orange Street, Suite 1200
        Wilmington, Delaware 19801
        Telephone: (302) 661-7000
        Facsimile: (302) 661-7360
        Email: melorod@gtlaw.com

        -and-

        Paul J. Keenan Jr. (admitted pro hac vice)
        John R. Dodd (admitted pro hac vice)
        Reginald Sainvil (admitted pro hac vice)
        Greenberg Traurig, P.A.
        333 S.E. 2nd Avenue, Suite 4400
        Miami, FL 33131
        Telephone: (305) 579-0500
        Facsimile: (305) 579-0717
        Email: keenanp@gtlaw.com
            doddj@gtlaw.com
            sainvilr@gtlaw.com

        -and-

        Sara A. Hoffman (admitted pro hac vice)
        Greenberg Traurig, LLP
        200 Park Avenue

New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  hoffmans@gtlaw.com

Counsel for the Debtor
and Debtor-in-Possession

# EXHIBIT A
## INDEX OF FEE APPLICATIONS FOR FEE HEARING

A. Second Interim Application of Greenberg Traurig, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period May 1, 2019 Through July 31, 2019 [Docket No. 267, Filed October 4, 2019]

    1. Fourth Monthly Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period May 1, 2019 Through and Including May 31, 2019 [Docket No. 206, Filed June 14, 2019]

    2. Certificate of No Objection - No Order Required [Docket No. 224, Filed July 9, 2019]

    3. Fifth Monthly Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period June 1, 2019 Through and Including June 30, 2019 [Docket No. 229, Filed July 16, 2019]

    4. Certificate of No Objection - No Order Required [Docket No. 239, Filed August 6, 2019]

    5. Sixth Monthly Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period July 1, 2019 Through and Including July 31, 2019 [Docket No. 243, Filed August 19, 2019]

    6. Certificate of No Objection - No Order Required [Docket No. 249, Filed September 10, 2019]

    7. Certificate of No Objection to Second Interim Application of Greenberg Traurig, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period May 1, 2019 Through July 31, 2019 [Docket No. 282, Filed October 30, 2019]

B. Second Interim Fee Application of MCA Financial Group for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor and Debtor-in-Possession for the Period From May 1, 2019 Through July 31, 2019 [Docket No. 272, Filed October 10, 2019]

    1. Fourth Monthly Fee Application of MCA Financial Group, Ltd. For Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period From May 1, 2019 Through and Including May 31, 2019 [Docket No. 207, Filed June 17, 2019]

    2. Certificate of No Objection - No Order Required [Docket No. 223, Filed July 9, 2019]

3. Fifth Monthly Fee Application of MCA Financial Group, Ltd. For Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period From June 1, 2019 Through and Including June 30, 2019 [Docket No. 228, Filed July 16, 2019]

4. Certificate of No Objection - No Order Required [Docket No. 240, Filed August 6, 2019]

5. Sixth Monthly Fee Application of MCA Financial Group, Ltd. For Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period From July 1, 2019 Through and Including July 31, 2019 [Docket No. 242, Filed August 12, 2019]

6. Certificate of No Objection - No Order Required [Docket No. 248, Filed September 4, 2019]

7. Certificate of No Objection to Second Interim Application of MCA Financial Group, Ltd. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor and Debtor-in-Possession for the Period May 1, 2019 Through July 31, 2019 [Docket No. 283, Filed October 31, 2019]