## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. |  |

### CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER (A) APPROVING THE DISCLOSURE STATEMENT ON AN INTERIM BASIS, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN OF LIQUIDATION, (C) APPROVING THE FORM OF BALLOT AND SOLICITATION MATERIALS, (D) ESTABLISHING VOTING RECORD DATE, (E) FIXING THE DATE, TIME AND PLACE FOR THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND THE DEADLINE FOR FILING OBJECTIONS THERETO, AND (F) APPROVING RELATED NOTICE PROCEDURES

The undersigned counsel to the above-captioned debtor and debtor in possession (the "**Debtor**") in the above-captioned case hereby certifies that:

1.      On June 10, 2019, the Debtor filed the *Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures* [Docket No. 204] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      Objections to the Motion were to be filed and served no later than June 25, 2019 at 4:00 p.m., which deadline was extended for the Office of the United States Trustee.

---

[1]     The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

3.      On June 10, 2019, the Debtor also filed the *Debtor's Proposed Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 203].

4.      On July 16, 2019, the United State Trustee filed the *United States Trustee's Objection to Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures* [Docket No. 227] (the "**UST Objection**").

5.      The Debtor also received informal comments from the IRS and Epiq. No other objections or comments were received.

6.      The Court held status conferences on the Motion on July 23, 2019, September 24, 2019, and November 19, 2019.

7.      As previously represented to the Court, the Debtor has addressed the UST Objection and the informal comments of the IRS received to date in (i) the revised form of order granting the Motion, which is attached hereto as Exhibit A, and also attach hereto as Exhibit B a blackline against the proposed form of order that was attached to the Motion; and (ii) the *Debtor's First Amended Proposed Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 304] filed on January 8, 2020.  The revised proposed form of order also includes certain requested procedural edits suggested by Epiq.

8.      The Debtor submits that the Motion and proposed order attached as Exhibit A comply with 3017-2 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware and that, in accordance with Local Rule 3017-2(c), the Court may grant the relief requested without a hearing.

9.      The Debtor therefore respectfully requests that the Court enter the proposed order attached hereto as Exhibit A at its earliest convenience.  Counsel is available at the request of the Court.

Dated:  February 24, 2020

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Sara Hoffman (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400
Email: hoffmans@gtlaw.com

**GREENBERG TRAURIG, P.A.**
Paul J. Keenan Jr. (admitted *pro hac vice*)
John R. Dodd (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
Email:  keenanp@gtlaw.com
         doddj@gtlaw.com
         sainvilr@gtlaw.com

*Counsel for the Debtor and Debtor in Possession*

ADMIN 36327841v1