# UNITED STATES BANKRUPTCY COURT

For the DISTRICT OF Delaware

In re: Avadel Specialty Pharmaceuticals, LLC          §          Case No. 19-10248
                                                     §
                    Debtor(s)                        §          ☐ Jointly Administered
                                                     §

## Post-confirmation Report                                                          Chapter 11

Quarter Ending Date: 12/31/2021                      Petition Date: 02/06/2019

Plan Confirmed Date: 10/06/2020                      Plan Effective Date: 10/21/2020

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Karrilyn M. Thomas, as Plan Administrator
                                    Name of Authorized Party or Entity

_/s/ Dennis A. Meloro_                               Dennis A. Meloro, Greenberg Traurig LLP
Signature of Responsible Party                       Printed Name of Responsible Party

12/10/2021
Date

                                                     1007 North Orange Street, Suite 1200 Wilmington, DE 19801
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Avadel Specialty Pharmaceuticals, LLC          Case No. 19-10248

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter** | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $307,728 | $650,883 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $307,728 | $650,883 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $1,241,437 | $0 | $1,241,437 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Greenberg Traurig | Lead Counsel | $0 | $806,058 | $0 | $806,058 |
| ii | Baker McKenzie | Co-Counsel | $0 | $55,999 | $0 | $55,999 |
| iii | MCA Financial Group | Financial Professional | $0 | $132,374 | $0 | $132,374 |
| iv | Epiq Corporate Restructuring | Other | $0 | $126,871 | $0 | $126,871 |
| v | Cassel & Salpeter | Other | $0 | $120,135 | $0 | $120,135 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | $0 |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $1,241,437 | $0 | $1,241,437 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter ** | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $;9.535 | $75,226 | $97,313 | $97,313 | 100.0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $227,117 | $5,600 | $229,317 | $229,317 | 3220.2% |
| d. General unsecured claims | $228,;24 | $448.;24 | $448.;24 | $6,608,125 | 3.4% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                           Yes ● No ○

    If yes, give date Final Decree was entered:    10/26/2021

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ● No ○

*\*\* As of the date of this report, final Cf o lp 'cpf 'Rtkqtk{ 'Ercko u have not been paid; however, 100% of cash held shown as disbursed for purposes of calculating and paying final US Trustee fees to close case. "Hkpcn'KT U'rc{o gpv'\*Rtkqtk{ 'Ercko +'gzr gevgf 'rtkqt 'vq 'F gego dgt '53. '42430 Admin Claim payments include professional fee retainer offsets.*

UST Form 11-PCR (06/07/2021)                                              2

| | |
|---|---|
| Debtor's Name Avadel Specialty Pharmaceuticals, LLC | Case No. 19-10248 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

*Karrilyn Thomas*

| | |
|---|---|
| Signature of Responsible Party | Karrilyn M. Thomas, MCA Financial Group, Ltd. |
| as Plan Administrator | Printed Name of Responsible Party 12/10/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)                3